# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICKY J. BROWN

NO. 2019 KW 1480

**JAN 1 6 2020**

In Re:    Ricky J. Brown, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 04-19-0652.

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT DENIED.** The Clerk of Court of East Baton Rouge Parish
has no record of receiving a "701 Motion to Quash and Release of
Bond Obligation" (allegedly filed May 15, 2019). Relator should
file the motion with the clerk of court of the district court
before seeking relief from this court.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT